RECEIVED
11/05/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

FILED
10/10/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

# COMPLAINT FORM

### (for filers who are prisoners without lawyers)
(revised 6/12/2024)

## IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

**Demand for Jury Trial**   ☐ Yes   ☑ No

_____

(Full name of plaintiff(s))

Gentle Thomas Jr

_____

_____

v.

(Full name of defendant(s))

Tesla Inc

~~███████████████████████~~

_____

Case Number:

2:26-cv-129-JRS-MJD

(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of _Indiana_ , and is located at
        (State)

6908 South Old US Hwy 41, Carlisle In 47838

        (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Complaint - 1

Page 2 of 19

BK 3

B.  Defendant _Tesla Inc_ ▓▓▓▓▓▓▓▓▓▓
(Name)

is (if a person or private corporation) a citizen of _California_ ▓▓▓▓▓▓▓
(State, if known)

and (if a person) resides at ▓▓▓ _Palo Alto, California_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Tesla Inc, Palo Alto, California_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

C.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

1) Who violated my rights — Tesla Inc — violation

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Defective Design ▓▓▓▓▓▓▓▓▓▓▓▓▓

2) What Each defendant did?
This information will be on following pages

3) When did they do it
September 18th through October 10, 2025

Complaint - 2

Page 3 of 19

BK 3

# Statement of Facts

Detective ████████████████████ Design

On September 3rd, 2025 I purchased a gray 2019 Tesla Model 3 (online) from Tesla's primary factory located in Freemont California ( This information is publically available on websites Such as (Google and Yahoo) and I listed address an Indianapolis Indiana as a delivery address ( The address is to a home rented by my Fiancee and Mother of Three of my children, I also Chose this address due to me currently being incarcerated.) The vehicle was delivered to Jessica Anderson (Fiancee and mother of three of my children) on September 17th, 2025 at the (her) address I provided. On a later phone call (September 17th, 2025 at 8:05 pm) I asked her ( Jessica Anderson) was the vehicle operating fine, and if their were any unexplained damages in or on the vehicle, She Stated that everything was fine as far as it goes for the condition of the vehicle, but the battery isn't holding alot of charge and the vehicle isn't putting out as much torque as she thought it would. I told her since this is a used vehicle minor problems like this are bound to occur, but to be on the Safe Side I'll call the factory the following day around noon and see if they can resolve the issue, but in the mean time put the car in the repair shop the following day, and I'll pay the expenses for a rental vehicle. She stated "that was fine", but she'll run a Carfax report to locate the vehicles previous owners, and any previous damages that occurred on the vehicle

Page 4 of 19

She stated the vehicle had two previous owners, and that the vehicle has been recalled two different times due to hard and software difficulties (This information was not mentioned or referenced prior to me purchasing the vehicle) I asked her did she feel safe operating the vehicle she stated "yes". I told her I'll handle everything the following day, and don't forget to put the car in a repair shop she stated "fine" this never occurred, because on September 18th, 2025 traveling Northbound on Interstate 65 (departing from Indianapolis Indiana) (Jessica Anderson) she was en route to Lebanon Indiana (this is where our three children attended school) as she was driving She operated the vehicles auto steer and traffic aware cruise control feature also known as "Auto Pilot" as she approached exit (or near exit) 135 North bound on Interstate 65 the "Auto Pilot" feature disengaged itself automatically causing her to lose control of the vehicle and collide into the rear end bumper of a tractor trailer (at a speed of 65MPH) as a result of this accident she (Jessica Anderson) suffered multiple injuries including a broken neck, dislocated pelvis, severed spinal cord and cracked skull, she is still currently hospitalized. Our three children purished in the accident.

Page 5 of 19

On September 24, 2025 I wrote a correspondance to Tesla's Chief Executive Officer Elon Musk (Address's publically available on search engines such as Google and Yahoo) informing him of the accident, what caused the accident, and a copy of the Carfax report that (Jessica Anderson) mailed to me, I never received a response. I also wrote correspondance's to its primary factory in Freemont California (Which is where the battery and vehicle manufacturing and Operations and business support and human resources department are based) Its Palo Alto California address (which is where its hardware and Software engineering takes place) its San Diego California location (Battery development and testing location) and its ~~Hawthorne~~ Hawthorne California location (Vehicle design) (All addresses and locations are publically available on search engines such as Google and Yahoo) I stated in each correspondance "can copies of the following correspondance be forwarded faxed, and emailed to its Chief Executive Officer Elon Musk to make him aware of the accident, and what the cause of the accident was. I had friends and family call and leave multiple messages about this incident no one ever followedup or respondedto any of their emails so all our attempts were in Vain

Page 6 of 19

* Side note   Comments from Companies C.E.O *

Tesla and its Chief Executive Officer, Elon Musk made several representations about Tesla's autopilot system and autonomous vehicles. Musk stated that: "The forward facing camera in Tesla's vehicles" is able to determine where the lanes are, where the cars are ahead of it, and its also able to read signs. It's been able to read speed signs for a while, for example but it's able to read pretty much any sign. Then that's combined with the forward radar. The radar is very good at detecting fast moving large objects, and it can actually see through fog, rain, snow and dust. So the forward radar gives the car superhuman sensors. It can see through things that are close to the car.

Another representation Tesla's Chief Executive Officer Elon Musk stated was: A safety benefit of AutoPilot was" approximately half a million people would have been saved if the Tesla's Auto Pilot was universally available. Tesla's Chief Executive Officer Elon Musk made a statement regarding the improvements to braking technology in September 2016 - Particically anything large, or metallic, or anything that's dense, The radar system "in the car we're confident will be able to detect that and initiate a braking event. Both when the

Page 7 of 19

AutoPilot is active and when it is not active. When the AutoPilot is not active, not activated, it will operate in an emergency braking mode. So in that case, its more likely to mitigate the speed because if autosteer is not on, it doesn't know whether the driver is actually going to turn out-of-the-way of an obstacle or not. So, it will only brake at the very last second. If Autosteer is turned on, the car computer knows what its probable path is and whether it will actually turn in time or not. And so, it will be a much more comfortable braking experience as opposed to the last-minute and in Case, we think most likely we will be able to brake to a complete stop instead of simply mitigating the impact velocity. So we think it probably works better with AutoPilot on than off. The exciting thing is that even if the vision system doesn't recognize what the object is because it could be a very strange-looking vehicle, it could be a multi car pile up, it could be a truck crossing the road, it really could be anything - an alien Spaceship. a pile of junk metal that fell off the back of a truck. It actually doesn't matter what the object is, it just knows that there's something

Page 8 of 19

Dense that "it is going to hit - and it should not hit that". On October 19th, 2016, Musk "insisted" that Tesla vehicles driven on AutoPilot were already safer than human drivers". He also claimed around the same time that he "would consider autonomous driving to be basically a solved problem". Musk also claimed that Tesla's AutoPilot was so advanced that AutoPilot did not require driver monitoring, and that in the immediate future "having a human co-pilot intervene in the driving task would decrease safety

*Side Note*

Federal Trading Commission Chairman Joseph Simon response to Tesla's Chief Executive Officer Elon Musk Statements FTC Chairman Joseph Simon urged the FTC to "investigate" Tesla's deceptive and Unfair practices" asserting that the marketing and advertising practices of Tesla Combined with Elon Musk's public Statements, have made it reasonable for Tesla owners to believe, and act on the behalf, that a Tesla with Autopilot is an autonomous vehicle Capable of "Self driving". Simon's stated that such advertisement" are likely to deceive even dilligent Consumers, who would act reasonably in believing them, and are likely to use Autopilot differently than they would if Tesla employed more honest and transparent marketing and advertising Strategies"

4) Where Did it happen

Northbound on Indiana Interstate 65 (near or at) Exit 135

5) Why did they do it

I have no answer to this question

Page 11 of 19

BK 3

D.    JURISDICTION

☐    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $~~████████████~~  7 50  Million Dollars

E.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want to be awarded in the amount of  7 50 Million Dollars (if applicable) due to the defendant(s) (in the cause of action) conduct which includes ~~████████████~~

Defective Design

Dated this _10_ day of _October_ 20_25_.

Respectfully Submitted,

_____
Signature of Plaintiff

267721
_____
Plaintiff's Prisoner ID Number

6908 South Old US Hwy 41
_____
Carlisle Indiana 47838
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.    **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[√] **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5

Page 13 of 19

BK 3